## COPP *vs.* LAMB.

The demandant, in a real action, is entitled to set off his costs against the value of the improvements, found for the tenant under the provisions of the *stat.* of 1821, *ch.* 47, *sec.* 1.

IN this action, which was a writ of entry, the jury found a verdict for the demandant, but also found, that the tenant was entitled to a sum of money for his improvements, under the provisions of the *statute,* *ch.* 47, *sec.* 1, commonly called the *betterment* act. Judgment was rendered on the verdict, whereupon *Boutelle,* for the demandant, moved to set off the demandant's judgment for costs against the defendant's claim for improvements.

*Hutchinson,* for the tenant, stated that he appeared for an assignee of this claim from the tenant, and objected to the set-off; and argued, that this came within the general principle, that where a claim has been fairly assigned, no after claim on the assignor can be set off against it.

*Boutelle* remarked, that the demandant became entitled to costs at the same instant, that the tenant became entitled to payment for betterments.

*The Court,* on the next day, directed the set-off to be made.